UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  22-cr-01224-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| JOSE ANTONIO NAVARRO MUNIZ, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for December 2, 2022, at 1:30 p.m. be continued to January 27, 2023, at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  November 29, 2022

Hon. Janis L. Sammartino
United States District Judge