# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-1224-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| JOSE NAVARRO MUNIZ, | ) | |
| Defendant. | ) | The Honorable Janis L. Sammartino |

The United States of America's Motion to Dismiss the Information (ECF No. 13), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

IT IS SO ORDERED.

Dated: March 7, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge